No. 71–341.  PARISH ET AL. *v.* MARYLAND & VIRGINIA MILK PRODUCERS ASSN., INC., ET AL..  Ct. App. Md. Certiorari denied.

No. 71–342.  LOUISIANA *v.* PATOUT ET AL.  Sup. Ct. La. Certiorari denied.

No. 71–345.  DE CURTIS ET AL. *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No 71–351.  PSG Co. *v.* EL SALTO, S. A.  C. A. 9th Cir.  Certiorari denied. 477.

No. 71–354.  BRODY ET AL. *v.* AETNA CASUALTY & SURETY CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 71–355.  PULITZER PUBLISHING Co. *v.* LAZIER. Sup. Ct. Mo.  Certiorari denied.

No. 71–356.  CITY TRADE & INDUSTRIES, LTD. *v.* ALLAHABAD BANK, LTD., ET AL.  C. A. 5th Cir.  Certiorari denied.

No 71–359.  PEREZ *v.* DUNCAN.  C. A. 5th Cir.  Certiorari denied.

No. 71–362.  KAPELSKI *v.* PURCELL ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 71–367.  FORCHELLI ET AL. *v.* HART, ADMINISTRATRIX.  C. A. 2d Cir.  Certiorari denied.

No. 71–368.  GOLSEN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 10th Cir.  Certiorari denied.